ALONZO A. WICKS *et al*, Appellants, *v.* ALBERT D. THOMP-
SON, Respondent.

*Court of Appeals, December 8, 1891.*

*Appeal. New trial.*—Where the record contains no exceptions, the denial
of a motion for a new trial is not subject to review in the court of ap-
peals.

Appeal from judgment of the supreme court, general term,
second department, in favor of defendant, in action for tres-
pass in tearing down a fence claimed to be upon plaintiffs'
land.

*William G. Nicoll*, for appellants.

*Wilmot M. Smith*, for respondent.

EARL, J.—The plaintiffs brought this action to recover
damages for trespass upon their real estate. The jury ren-
dered a verdict against them. They made a motion on the
minutes of the trial judge for a new trial, which was denied,
and judgment upon the verdict was entered against them.
Then they appealed to the general term from the order deny-
ing the new trial, and from the judgment, and the order and
judgment were affirmed, and then they appealed to this court.

There is nothing for review here. The record does not
contain a single exception taken by the plaintiffs. All the
evidence offered by them was received, and no evidence of
the defendant was received to which they objected. The
charge of the judge was entirely satisfactory to the plaintiffs,
and no part thereof was excepted to by them. We have

many times said we can review here only questions of law raised by exceptions taking during the progress of the trial. In such a case as this, where the record contains no exceptions, the denial of the motion for a new trial is not subject to review here. Duryea *v.* Vosburgh, 121 N. Y. 57 ; 30 St. Rep. 683.

The judgment should be affirmed, with costs.

All concur.